IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. AUGUSTO BASTIDAS, M.D., <br><br> Plaintiff, <br><br> v. <br><br> GOOD SAMARITAN HOSPITAL LP, a Delaware Limited Partnership; SAMARITAN LLC, a Delaware limited liability company; GOOD SAMARITAN HOSPITAL MEDICAL STAFF, a California unincorporated association; HCA, INC., a Delaware corporation; STEVEN M. SCHWARTZ, M.D.; and BRUCE G. WILBUR, M.D., <br><br> Defendants. | No. CV 13-4388 SI <br><br> **ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS** |

A motion to dismiss plaintiff's complaint has been filed by defendants Good Samaritan Hospital LP, Samaritan LLC, Good Samaritan Hospital Medical Staff, Steven M. Schwartz, and Bruce G. Wilbur, and a motion to dismiss has been filed by defendant HCA, Inc.; both motions are scheduled for hearing on January 24, 2013. Pursuant to Civil Local Rule 7-1(b), the Court determines that these matters are appropriate for resolution without oral argument and VACATES the hearing.

On December 23, 2013, plaintiff filed a first amended complaint under Federal Rule of Civil Procedure 15(a)(1)(B), mooting defendants' motions to dismiss. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) ("[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent.'"). Accordingly, the Court DENIES as moot the defendants' motions to dismiss. Docket Nos. 24-25.

**IT IS SO ORDERED.**

Dated: January 13, 2014

SUSAN ILLSTON
United States District Judge