1  James A. Hennefer (State Bar No. 059490)
   HENNEFER, FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104-2296
3  Telephone: (413) 421-6100
   Facsimile: (413) 421-1815
4  Email: jhennefer@hennefer-wood.com

5  Attorney for Plaintiff J. Augusto Bastidas, M.D.

6  *Additional counsel on next page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J. AUGUSTO BASTIDAS, M.D.; | CASE NO. C-13-4388-SI |
| PLAINTIFF, | **JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 21, 2014** |
| v. | |
| GOOD SAMARITAN HOSPITAL LP, A DELAWARE LIMITED PARTNERSHIP; GOOD SAMARITAN HOSPITAL LLC, A DELAWARE LIMITED LIABILITY COMPANY; GOOD SAMARITAN HOSPITAL MEDICAL STAFF, A CALIFORNIA UNINCORPORATED ASSOCIATION; HCA, INC., A DELAWARE CORPORATION; STEVEN M. SCHWARTZ, M.D.; AND BRUCE G. WILBUR, M.D. | |
| DEFENDANTS. | Judge:            Hon. Susan Illston<br>Complaint Filed: September 20, 2013<br>Trial Date:       None Set |

C-13-4388-SI

JOINT STIPULATION TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE
SCHEDULED FOR MARCH 21, 2014

1  Thad A. Davis, SBN 220503
   Michael Li-Ming Wong, SBN 194130
2  Vanessa A. Pastora, SBN 277837
   GIBSON, DUNN & CRUTCHER LLP
3  555 Mission Street, Suite 3000
   San Francisco, CA 94105-0921
4  Telephone: (415) 393-8200
   Facsimile: (415) 393-8306
5  Email:          TADavis@Gibsondunn.com
                   MWong@Gibsondunn.com
6                  VPastora@Gibsondunn.com

7  Attorneys for Defendants Good Samaritan Hospital LP,
   Samaritan, LLC, and Good Samaritan Hospital Medical Staff,
8  Stephen M. Schwartz, M.D., and Bruce G. Wilbur, M.D.

9

   GEORGE A. SHANNON, JR. (*Pro Hac Vice*)
10 State Bar of Texas Bar No. 18106000
   Carlos A. Mattioli (*Pro Hac Vice*)
11 State Bar of Texas Bar No. 00789474
   Adam C. Kiehne (*Pro Hac Vice*)
12 State Bar of Texas Bar No. 24054926
   SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.
13 1001 McKinney Street, Suite 1100
   Houston, TX 77002
14 Telephone: (713) 646-5500
   Facsimile: (713) 752-0337
15 Email: gshannon@smfadlaw.com
          cmattioli@smfadlaw.com
16        akiehne@smfadlaw.com

17 JONATHAN R. BASS (State Bar No. 75779)
   ZUZANA S. IKELS (State Bar No. 208671)
18 MARK L HEJINIAN (State Bar No. 281417)
   COBLENTZ PATCH DUFFY & BASS LLP
19 One Ferry Building, Suite 200
   San Francisco, California 94111-4213
20 Telephone:  (415) 391-4800
   Facsimile:  (415) 989-1663
21 Email: ef-jrb@cpdb.com
          ef-zsi@cpdb.com
22        ef-mlh@cpdb.com

23 Attorneys for Defendant HCA Inc.

24

25

26

27

28

WHEREAS, on September 20, 2013, Plaintiff J. Augusto Bastidas, M.D. filed a Complaint against Defendants Good Samaritan Hospital LP; Good Samaritan Hospital LLC; Good Samaritan Hospital Medical Staff; HCA Inc.; Steven M. Schwartz, M.D.; and Bruce G. Wilbur, M.D. for (1) racial discrimination under 42 U.S.C. § 1981, and (2) denial of due process under 42 U.S.C. § 1983; and

WHEREAS, previously on October 23, 2013, the parties stipulated and received the Court's permission to an extension until December 2, 2013 for Defendants to answer or otherwise respond to Plaintiff's Complaint; and

WHEREAS, previously on December 17, 2013, the parties stipulated to and received the Court's permission to re-set the initial Case Management Conference from February 28, 2014 to March 21, 2014; and

WHEREAS, previously on January 24, 2014, the parties stipulated and received the Court's permission to change the Opposition and Reply Deadlines to the above referenced Motions to Dismiss filed by the Good Samaritan Hospital Defendants and HCA Inc. and the Motion to Strike filed by HCA Inc., such that the final Replies were due and filed on February 21, 2014; and

WHEREAS, previously on February 28, 2014, the parties stipulated and received the Court's permission to extend the deadline to hold the Federal Rule of Civil Procedures 26(f) conference until 10 days following the date of the latest entered order by the Court as to the Motions to Dismiss filed by the Good Samaritan Hospital Defendants and HCA Inc. and the Motion to Strike filed by HCA Inc. (the "Latest Entered Order"). The parties further stipulated and received the Court's permission to defer related reporting deadlines, including addressing certain topics in the Joint Case Management Statement due on March 14, 2014 until 25 days following the date of the Latest Entered Order; and

1  WHEREAS, on March 13, 2014 the parties filed a Joint Case Management Statement [Docket 55]; and

WHEREAS, on March 13, 2014, the Court entered an Order Granting Motions to Dismiss ("March 13, 2014 Order") [Docket 56] in which the Motion to Dismiss filed by GSH Defendants [Docket 43] and the Motion to Dismiss filed by HCA Inc. [Docket 41] were granted, with leave to amend except as to the claim under 42 U.S.C. Section 1983. The March 13, 2014 Order also denied as moot HCA Inc.'s Motion to Strike [Docket 42]; and

WHEREAS, the parties' initial Case Management Conference is currently scheduled on March 21, 2014 at 2:30 P.M.; and

WHEREAS, given the rulings in the March 13, 2014 Order and the matters that have been addressed in the Joint Case Management Conference, the parties agree that a Case Management Conference would be premature at this time, and also agree that they should jointly request the Court to vacate the Case Management Conference, subject to the Court's establishing a future date and time for the same as the Court deems appropriate.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties as follows:

1. The parties jointly request that the Court vacate the initial Case Management Conference scheduled for March 21, 2014 at 2:30 P.M.

2. The Initial Case Management Conference will be rescheduled by the Court when and as it deems appropriate.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: March 17, 2014 | HENNEFER, FINLEY & WOOD, LLP |

BY: */s/ James A. Hennefer*
 JAMES A. HENNEFER
 Attorneys for Plaintiff J. Augusto Bastidas, M.D.

SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.

BY: */S/ George A. Shannon, Jr.*
 GEORGE A. SHANNON, JR. (*Pro Hac Vice*)
 Carlos A. Mattioli (*Pro Hac Vice*)
 Adam C. Kiehne (*Pro Hac Vice*)
 Attorneys for Defendant HCA Inc.

GIBSON, DUNN & CRUTCHER LLP

BY: */S/ Thad A. Davis*
 THAD A. DAVIS
 MICHAEL LI-MING WONG
 Attorneys for Defendants Good Samaritan Hospital, L.P., Samaritan, LLC, Good Samaritan Hospital Medical Staff, Steven M. Schwartz, M.D., and Bruce G. Wilbur, M.D.

1
2                               **[[PROPOSED] ORDER**
3     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Case management conference set 6/6/14.
4     DATED: _3/18/14_
5
6                                              _____
7                                              HONORABLE SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILER'S ATTESTATION

I, George A. Shannon, Jr., hereby attest that concurrence in the filing of this Joint Stipulation to Vacate the Initial Case Management Conference Scheduled for March 21, 2014 has been obtained from each of the other signatories listed above, each of whom has authorized me to affix their electronic signature to this Stipulation.

Respectfully submitted,
SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE

By: _____/s/ *George A. Shannon, Jr.*_____
George A. Shannon, Jr.
Attorney for Defendant HCA Inc.

**CERTIFICATE OF SERVICE**

**STATE OF TEXAS, COUNTY OF HARRIS**

At the time of service, I was over 18 years of age and not a Party to this action. I am employed in the County of Harris, State of Texas. My business address is 1001 McKinney Street, Suite 1100, Houston, TX 77002.

On March 17, 2014, I served true copies of the following document(s) described as

**JOINT STIPULATION TO RESET INITIAL CASE MANAGEMENT CONFERENCE**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of George A. Shannon, Jr. who has been admitted pro hac vice in this case and at whose direction the service was made.

Executed on March 17, 2014, at Houston, Texas.

*/s/ Cindy DeMott*
Cindy DeMott