James A. Hennefer (State Bar No. 059490)
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (413) 421-6100
Facsimile: (413) 421-1815
Email: jhennefer@hennefer-wood.com

Attorney for Plaintiff J. Augusto Bastidas, M.D.

*Additional counsel on next page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J. AUGUSTO BASTIDAS, M.D.;<br><br>PLAINTIFF,<br><br>v.<br><br>GOOD SAMARITAN HOSPITAL LP, A DELAWARE LIMITED PARTNERSHIP; GOOD SAMARITAN HOSPITAL LLC, A DELAWARE LIMITED LIABILITY COMPANY; GOOD SAMARITAN HOSPITAL MEDICAL STAFF, A CALIFORNIA UNINCORPORATED ASSOCIATION; HCA, INC., A DELAWARE CORPORATION; STEVEN M. SCHWARTZ, M.D.; AND BRUCE G. WILBUR, M.D.<br><br>DEFENDANTS. | CASE NO. C-13-4388-SI<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER TO CHANGE DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br><br>Judge:             Hon. Susan Illston<br>Complaint Filed: September 20, 2013<br>Trial Date:        None Set |

C-13-4388-SI

1  Thad A. Davis, SBN 220503
   Michael Li-Ming Wong, SBN 194130
2  Vanessa A. Pastora, SBN 277837
   GIBSON, DUNN & CRUTCHER LLP
3  555 Mission Street, Suite 3000
   San Francisco, CA 94105-0921
4  Telephone: (415) 393-8200
   Facsimile: (415) 393-8306
5  Email:       TADavis@Gibsondunn.com
                MWong@Gibsondunn.com
6               VPastora@Gibsondunn.com

7  Attorneys for Good Samaritan Defendants

8  GEORGE A. SHANNON, JR. (*Pro Hac Vice*)
   State Bar of Texas Bar No. 18106000
9  Carlos A. Mattioli (*Pro Hac Vice*)
   State Bar of Texas Bar No. 00789474
10 Adam C. Kiehne (*Pro Hac Vice*)
   State Bar of Texas Bar No. 24054926
11 SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.
   1001 McKinney Street, Suite 1100
12 Houston, TX 77002
   Telephone: (713) 646-5500
13 Facsimile: (713) 752-0337
   Email: gshannon@smfalaw.com
14         cmattioli@smfalaw.com
           akiehne@smfalaw.com
15
   JONATHAN R. BASS (State Bar No. 75779)
16 ZUZANA S. IKELS (State Bar No. 208671)
   MARK L HEJINIAN (State Bar No. 281417)
17 COBLENTZ PATCH DUFFY & BASS LLP
   One Ferry Building, Suite 200
18 San Francisco, California 94111-4213
   Telephone:  (415) 391-4800
19 Facsimile:  (415) 989-1663
   Email: ef-jrb@cpdb.com
20        ef-zsi@cpdb.com
          ef-mlh@cpdb.com
21
   Attorneys for Defendant HCA Inc.
22

23

24

25

26

27

28

WHEREAS, on March 13, 2014, the Court granted the separate Motions to Dismiss of Good Samaritan Hospital LP, Samaritan LLC, Good Samaritan Hospital Medical Staff, Bruce G. Wilbur. M.D. and Steven M. Schwartz, M.D. ("Good Samaritan Defendants") and HCA Inc. ("HCA, and collectively with the Good Samaritan Defendants, the "Defendants") as to Plaintiff's First Amended Complaint, with leave to amend certain causes of action [Docket No. 56]; and

WHEREAS, Plaintiff filed a Second Amended Complaint on April 16 2014 [Docket No. 60]; and

WHEREAS, due to the complexity of the pertinent legal and factual issues, and current conflicts of counsel on other matters, the parties have stipulated to an extension until May 12, 2014 for the Defendants to file responses to the Second Amended Complaint; and

WHEREAS, the parties agree that this modification to the date by which Defendants are required to respond to the Second Amended Complaint will not affect any other current deadlines in this case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, with the Court's permission, that the date by which the Defendants shall serve their responses to the Second Amended Complaint is May 12, 2014.

Respectfully submitted,

DATED: April 22, 2014     HENNEFER, FINLEY & WOOD, LLP


BY:     */s/ James A. Hennefer*
        JAMES A. HENNEFER
        Attorneys for Plaintiff J. Augusto Bastidas, M.D.

| | | |
|---|---|---|
| 1 | DATED: April 22, 2014 | SHANNON, MARTIN, FINKELSTEIN, & ALVARADO, P.C. |

BY: _____/s/ George A. Shannon, Jr._____
GEORGE A. SHANNON, JR. (*Pro Hac Vice*)
Carlos A. Mattioli (*Pro Hac Vice*)
Adam C. Kiehne (*Pro Hac Vice*)
Attorneys for Defendant HCA Inc.


DATED:  April 22, 2014             GIBSON, DUNN & CRUTCHER LLP


BY: _____/s/ Thad A. Davis_____
THAD A. DAVIS
MICHAEL LI-MING WONG
Attorneys for Defendants Good Samaritan Hospital, L.P., Samaritan, LLC, Good Samaritan Hospital Medical Staff, Steven M. Schwartz, M.D., and Bruce G. Wilbur, M.D.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:____4/23____, 2014

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, George A. Shannon, Jr., hereby attest that concurrence in the filing of this Joint Stipulation and Proposed Order to Change Deadline to Respond to Second Amended Complaint has been obtained from each of the other signatories listed above, each of whom has authorized me to affix his or her electronic signature to this Stipulation.

Respectfully submitted,
SHANNON, MARTIN, FINKELSTEIN. ALVARADO & DUNNE


By:    /s/ *George A. Shannon, Jr.*
     George A. Shannon, Jr.
     Attorney for Defendant HCA Inc.

**CERTIFICATE OF SERVICE**

**STATE OF TEXAS, COUNTY OF HARRIS**

At the time of service, I was over 18 years of age and n**ot a Party to this action**. I am employed in the County of Harris, State of Texas. My business address is 1001 McKinney Street, Suite 1100, Houston, TX 77002.

On April 22, 2014, I served true copies of the following document(s) described as

**JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT.**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of George A. Shannon, Jr. who has been admitted pro hac vice in this case and at whose direction the service was made.

Executed on April 22, 2014, at Houston, Texas.

        */s/ Cindy DeMott*
        Cindy DeMott

C-13-4388-SI
JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT