1 | James A. Hennefer (State Bar No. 059490)
HENNEFER, FINLEY & WOOD, LLP
2 | 425 California Street, 19th Floor
San Francisco, CA 94104-2296
3 | Telephone: (415) 421-6100
Facsimile: (415) 421-1815
4 | Email: jhennefer@hennefer-wood.com

5 | Attorney for Plaintiff J. Augusto Bastidas, M.D.

6 | *Additional counsel on next page*

7

8

9

10

           **UNITED STATES DISTRICT COURT**

    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

12

| | |
|---|---|
| J. AUGUSTO BASTIDAS, M.D.; | CASE NO. C-13-4388-SI |
| PLAINTIFF, | **JOINT STIPULATION AND [~~PROPOSED~~]** |
| v. | **ORDER TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 11, 2014 AND SET A NEW DATE** |
| GOOD SAMARITAN HOSPITAL LP, A DELAWARE LIMITED PARTNERSHIP; GOOD SAMARITAN HOSPITAL LLC, A DELAWARE LIMITED LIABILITY COMPANY; GOOD SAMARITAN HOSPITAL MEDICAL STAFF, A CALIFORNIA UNINCORPORATED ASSOCIATION; HCA, INC., A DELAWARE CORPORATION; STEVEN M. SCHWARTZ, M.D.; AND BRUCE G. WILBUR, M.D. | |
| DEFENDANTS. | Judge:        Hon. Susan Illston<br>Complaint Filed: September 20, 2013<br>Trial Date:   None Set |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GEORGE A. SHANNON, JR. (*Pro Hac Vice*)
State Bar of Texas Bar No. 18106000
Carlos A. Mattioli (*Pro Hac Vice*)
State Bar of Texas Bar No. 00789474
Adam C. Kiehne (*Pro Hac Vice*)
State Bar of Texas Bar No. 24054926
SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.
1001 McKinney Street, Suite 1100
Houston, TX 77002
Telephone: (713) 646-5500
Facsimile: (713) 752-0337
Email: gshannon@smfalaw.com
        cmattioli@smfalaw.com
        akiehne@smfalaw.com

JONATHAN R. BASS (State Bar No. 75779)
ZUZANA S. IKELS (State Bar No. 208671)
MARK L HEJINIAN (State Bar No. 281417)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663
Email: ef-jrb@cpdb.com
        ef-zsi@cpdb.com
        ef-mlh@cpdb.com

Attorneys for Defendant HCA Inc.

2                                          C-13-4388-SI

WHEREAS, on December 23, 2013, Plaintiff J. Augusto Bastidas, M.D. filed a First Amended Complaint against Defendants Good Samaritan Hospital LP; Good Samaritan Hospital LLC; Good Samaritan Hospital Medical Staff; Steven M. Schwartz, M.D.; Bruce G. Wilbur, M.D. (collectively referred to as the "GSH Defendants"); and HCA Inc. for (1) racial discrimination under 42 U.S.C. § 1981, and (2) denial of due process under 42 U.S.C. § 1983 [Docket 39]; and

WHEREAS, on March 13, 2014, the Court entered an Order Granting Motions to Dismiss ("March 13, 2014 Order") [Docket 56] in which the Motions to Dismiss as to Plaintiff's First Amended Complaint were granted, with leave to amend as to certain claims; and

WHEREAS, on March 18, 2014, the Court, upon request of the parties: (i) granted an Order Vacating the Initial Case Management Conference Scheduled for March 31, 2014 after a determination that a Case Management Conference would be premature, and (ii) continued the Initial Case Management Conference to June 6, 2014 at 2:30 p.m. [Docket 58]; and

WHEREAS, on April 16, 2014, Plaintiff filed a Second Amended Complaint against Defendants [Docket 60]; and

WHEREAS, on May 12, 2014, GSH Defendants and HCA Inc. filed Motions to Dismiss Plaintiff's Second Amended Complaint [Docket 63, 64] and HCA Inc. filed a Motion to Strike Plaintiff's Second Amended Complaint [Docket 65]. These Motions have been scheduled for hearing on July 11, 2014 [Docket 63-65], the earliest time available based on the Court's calendar and conflicts of counsel; and

WHEREAS, on May 16, 2014, the Court continued the Initial Case Management Conference to July 11, 2014 at 2:30 p.m. [Docket 68]; and

WHEREAS, the parties have agreed (i) that the scheduling of a Case Management Conference on July 11, 2014 is premature, given the pending Motions to Dismiss and Motion to Strike, (ii) to request that the Court vacate the July 11, 2014 Case Management Conference and re-

STIPULATION TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE
SCHEDULED FOR JULY 11, 2014 AND SET A NEW DATE

1  set this Conference to a date it considers appropriate that is subsequent to the July 11, 2014

2  hearing date on the pending Motions to Dismiss.

3  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties

4  hereto, with the Court's permission, that:

5  1.      The Initial Case Management Conference scheduled for July 11, 2014 at 2:30 P.M

6  is vacated.

7

8  2.      The Initial Case Management Conference is rescheduled as specified in the Order

9  of the Court, set out below.

10

11  Respectfully submitted,

12  DATED: May 21, 2014                HENNEFER, FINLEY & WOOD, LLP

13

14                                      BY:      _/s/ James A. Hennefer_____

15                                               JAMES A. HENNEFER
                                                 Attorneys for Plaintiff J. Augusto Bastidas, M.D.

16

17

18                                      SHANNON, MARTIN, FINKELSTEIN &
                                        ALVARADO, P.C.

19

20

21                                      BY:      _/S/ George A. Shannon, Jr._____

22                                               GEORGE A. SHANNON, JR. (*Pro Hac Vice*)
                                                 Carlos A. Mattioli (*Pro Hac Vice*)

23                                               Adam C. Kiehne (*Pro Hac Vice*)
                                                 Attorneys for Defendant HCA Inc.

24

25

26

27

28

STIPULATION TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE
SCHEDULED FOR JULY 11, 2014 AND SET A NEW DATE

1

GIBSON, DUNN & CRUTCHER LLP

2

3

BY:      /S/ Thad A. Davis

4

THAD A. DAVIS
MICHAEL LI-MING WONG

5

Attorneys for Defendants Good Samaritan
Hospital, L.P., Samaritan, LLC,  Good Samaritan

6

Hospital Medical Staff, Steven M. Schwartz,
M.D., and Bruce G. Wilbur, M.D.

7

8

### [[PROPOSED] ORDER

9

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   **Case Management Conference is**

10

**set for** _____July 25, 2014_____**.**

11

12

DATED:_____5/22/14_____

13

14

_____

15

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE
SCHEDULED FOR JULY 11, 2014 AND SET A NEW DATE

1

2                                **FILER'S ATTESTATION**

3          I, George A. Shannon, Jr., hereby attest that concurrence in the filing of this Stipulation to

4   Vacate the Initial Case Management Conference Scheduled for July 11, 2014 and Set a New Date

5   has been obtained from each of the other signatories listed above, each of whom has authorized

6   me to affix their electronic signature to this Stipulation.

7

8                                        Respectfully submitted,
                                         SHANNON, MARTIN, FINKELSTEIN
9                                        & ALVARADO

10

11                         By: _____/s/ *George A. Shannon, Jr.*_____
                                         George A. Shannon, Jr.
12                                       Attorney for Defendant HCA Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE
SCHEDULED FOR JULY 11, 2014 AND SET A NEW DATE

## CERTIFICATE OF SERVICE

**STATE OF TEXAS, COUNTY OF HARRIS**

    At the time of service, I was over 18 years of age and n**ot a Party to this action**.  I am employed in the County of Harris, State of Texas.  My business address is 1001 McKinney Street, Suite 1100, Houston, TX 77002.

    On May 21, 2014, I served true copies of the following document(s) described as

    **STIPULATION TO RESET INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 11, 2014 AND SET A NEW DATE**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of George A. Shannon, Jr. who has been admitted pro hac vice in this case and at whose direction the service was made.

    Executed on May 21, 2014, at Houston, Texas.


        */s/ Cindy DeMott*
        Cindy DeMott