1  JAMES A. HENNEFER (SBN 059490)
   HENNEFER, FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104-2296
3  Telephone: (413) 421-6100
   Facsimile: (413) 421-1815
4  Email: jhennefer@hennefer-wood.com

5  Attorney for Plaintiff J. Augusto Bastidas

6

7  THAD A. DAVIS (SBN 220503)
   tadavis@gibsondunn.com
   MICHAEL LI-MING WONG (SBN 194130)
8  mwong@gibsondunn.com
   VANESSA A. PASTORA (SBN 277837)
9  vpastora@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
10 555 Mission Street, Suite 3000
   San Francisco, CA 94105-0921
11 Telephone: 415.393.8200
   Facsimile:  415.393.8306
12
   Attorneys for Defendants Good Samaritan Hospital LP, a
13 Delaware limited partnership, Samaritan, LLC, a
   Delaware limited liability company, Good Samaritan
14 Hospital Medical Staff, a California unincorporated
   association, Steven M. Schwartz, M.D., Bruce G. Wilbur,
15 M.D.

16

17                   UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20

21 J. Augusto Bastidas, M.D.,                CASE NO. 5:13-cv-04388-SI

            Plaintiff,                       **JOINT STIPULATION AND [PROPOSED]**
22                                           **ORDER TO CONTINUE HEARING ON**
       v.                                    **MOTION TO DISMISS AND CASE**
23                                           **MANAGEMENT CONFERENCE**

24 Good Samaritan Hospital LP, a Delaware
   limited partnership; Samaritan, LLC, a
   Delaware limited liability company; Good  Judge:           Hon. Susan Illston
25 Samaritan Hospital Medical Staff, a California  Complaint Filed: September 20, 2013
   unincorporated association; Steven M.     Trial Date:      None Set
26 Schwartz, M.D.; and Bruce G. Wilbur, M.D.,

27         Defendants.

28

WHEREAS, on July 22, 2014, the court issued an order, per the parties' joint stipulation, setting a briefing schedule on Plaintiff's Third Amended Complaint and continuing the Initial Case Management Conference to December 5, 2014;

WHEREAS, on September 17, 2014, the court continued the hearing on Defendants' Motion to Dismiss the Third Amended Complaint to November 12, 2014;

WHEREAS, on October 29, 2014, the court continued the hearing on Defendants' Motion to Dismiss the Third Amended Complaint to November 13, 2014;

WHEREAS defense counsel is unavailable to attend the hearing on November 13, 2014;

WHEREAS, the parties have agreed, subject to the court's approval, to continue the hearing on Defendants' Motion to Dismiss the Third Amended Complaint to December 12, 2014 at 9:30 a.m., or a date thereafter that is convenient for the court;

WHEREAS, the parties also agree, subject to the Court's approval, to continue the Initial Case Management Conference to December 12, 2014 at 2:30 p.m., and to file a Joint Case Management Statement seven days before the conference;

WHEREAS, the parties agree that these modifications will bring efficiencies to the handling and scheduling of the case;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

- The Hearing on Defendants' Motion to Dismiss the Third Amended Complaint shall be continued from November 13, 2014 to December 12, 2014, or a date thereafter that is convenient for the court;
- The Initial Case Management Conference shall be continued from December 5, 2014 to December 12, 2014, or a date thereafter that is convenient for the court;
- The parties will file a Joint Case Management Statement on December 5, 2014

| | | |
|---|---|---|
| DATED: November 5, 2014 | | HENNEFER, FINLEY & WOOD, LLP |
| | BY: | /s/ James A. Hennefer |
| | | JAMES A. HENNEFER |
| | | Attorneys for Plaintiff J. Augusto Bastidas, M.D. |
| | | |
| DATED: November 5, 2014 | | GIBSON, DUNN & CRUTCHER LLP |
| | BY: | /s/ Thad A. Davis |
| | | THAD A. DAVIS |
| | | MICHAEL LI-MING WONG |
| | | VANESSA A. PASTORA |
| | | Attorneys for Defendants Good Samaritan Hospital, L.P., Samaritan, LLC, Good Samaritan Hospital Medical Staff, Steven M. Schwartz, M.D., and Bruce G. Wilbur, M.D. |

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __Nov. 10__, 2014        By: _____
HONORABLE SUSAN ILLSTON

**FILER'S ATTESTATION**

I, Thad Davis, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order to Continue Case Management Conference Set Briefing Schedule on Amended Complaint. I hereby attest that James A. Hennefer has concurred in this and has authorized me to affix his electronic signature to this Stipulation.

Dated:  November 5, 2014                                    /s/ *Thad Davis*_____

# CERTIFICATE OF SERVICE

I, Ariella Jones, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On November 5, 2014, I served the following document:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**

on the parties stated below, by the following means of service:

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ I am employed in the office of Thad A. Davis, a member of the bar of this court, and that the foregoing document was printed on recycled paper.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2014.

/s/ Ariella Jones
Ariella Jones