JAMES A. HENNEFER (SBN 059490)
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (413) 421-6100
Facsimile: (413) 421-1815
Email: jhennefer@hennefer-wood.com

Attorney for Plaintiff J. Augusto Bastidas


MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
VANESSA A. PASTORA, SBN 277837
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendants Good Samaritan Hospital LP, a Delaware limited partnership, Samaritan, LLC, a Delaware limited liability company, Good Samaritan Hospital Medical Staff, a California unincorporated association, Steven M. Schwartz, M.D., and Bruce G. Wilbur, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. Augusto Bastidas, M.D.,<br><br>              Plaintiff,<br><br>     v.<br><br>Good Samaritan Hospital LP, a Delaware limited partnership; Samaritan, LLC, a Delaware limited liability company; Good Samaritan Hospital Medical Staff, a California unincorporated association; Steven M. Schwartz, M.D.; and Bruce G. Wilbur, M.D.,<br><br>              Defendants. | CASE NO. 5:13-cv-04388-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES**<br><br>Judge:              Hon. Susan Illston<br>Complaint Filed: September 20, 2013<br>Trial Date:        November 30, 2015 |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES– CASE NO. 5:13-CV-04388-SI

WHEREAS, on August 6, 2014, Plaintiff J. Augusto Bastidas, M.D. filed a Third Amended Complaint against Defendants Good Samaritan Hospital LP, Samaritan, LLC, Good Samaritan Hospital Medical Staff, Steven M. Schwartz, M.D., and Bruce G. Wilbur, M.D. for racial discrimination and retaliation under 42 U.S.C. § 1981; and

WHEREAS, on September 17, 2014, the court continued the hearing on Defendants' Motion to Dismiss the Third Amended Complaint to November 12, 2014; and

WHEREAS, on October 29, 2014, the court continued the hearing on Defendants' Motion to Dismiss the Third Amended Complaint to November 13, 2014; and

WHEREAS, on November 10, 2014, the court issued an order, per the parties' joint stipulation, continuing the hearing on Defendants' Motion to Dismiss the Third Amended Complaint to December 12, 2014, and the Initial Case Management Conference to December 12, 2014; and

WHEREAS, under the current schedule in the Pretrial Preparation Order [Dkt. No. 95], the deadline for dispositive motions is August 7, 2015; the deadline for Plaintiff's oppositions to dispositive motions is August 21, 2015; the deadline for Defendants' replies to Plaintiff's oppositions is August 28, 2015; and the hearing on dispositive motions is set for no later than September 11, 2015; and

WHEREAS, under the current schedule in the Pretrial Preparation Order, the cut-off date for non-expert discovery is July 31, 2015; and

WHEREAS, due to scheduling issues with deponents who are medical doctors, due to the amount of relevant information and documents produced and remaining to be produced – including two depositions noticed by Plaintiff that remain to be taken – and the complexity of the pertinent legal and factual issues, the parties have conferred and agreed, subject to the Court's approval, upon the following schedule for briefing regarding any dispositive motions the Parties may file:

- The Parties' Dispositive Motions shall be filed by August 28, 2015;
- Oppositions to any Dispositive Motions will be due on September 11, 2015;
- Reply Briefs in support of Dispositive Motions will be due on September 18, 2015;
- A hearing on any Dispositive Motions will be held on October 2, 2015, or a date thereafter that is convenient for the Court;

Gibson, Dunn & Crutcher LLP

2
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES– CASE NO. 5:13-CV-04388-SI

WHEREAS, this modification will not alter the date of any other event or deadline fixed by any Court order,

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

- Dispositive Motions will be filed by August 28, 2015;
- Opposition Briefs to any Dispositive Motions will be due on September 11, 2015;
- Reply Briefs in support of any Dispositive Motions will be due on September 18, 2015;
- A Hearing on the Dispositive Motions will be held on October 2, 2015, or a date thereafter that is convenient for the Court.

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES– CASE NO. 5:13-cv-04388-SI

| | | |
|---|---|---|
| DATED: August 6, 2015 | HENNEFER, FINLEY & WOOD, LLP | |
| | BY: | */s/James A. Hennefer* |
| | | JAMES A. HENNEFER |
| | | Attorneys for Plaintiff J. Augusto Bastidas, M.D. |
| DATED: August 6, 2015 | GIBSON, DUNN & CRUTCHER LLP | |
| | BY: | */s/Michael Li-Ming Wong* |
| | | MICHAEL LI-MING WONG |
| | | VANESSA A. PASTORA |
| | | Attorneys for Defendants Good Samaritan Hospital, L.P., Samaritan, LLC, Good Samaritan Hospital Medical Staff, Steven M. Schwartz, M.D., and Bruce G. Wilbur, M.D. |

4

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES– CASE NO. 5:13-CV-04388-SI

Gibson, Dunn & Crutcher LLP

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ____8 / 7_____, 2015          By: ____/s/ Susan Illston_____
                                                HONORABLE SUSAN ILLSTON

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES – CASE NO. 5:13-CV-04388-SI

**FILER'S ATTESTATION**

I, Michael Li-Ming Wong, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order to Extend Time to File Dispositive Motions and Continue Related Deadlines. I hereby attest that James A. Hennefer has concurred in this and has authorized me to affix his electronic signature to this Stipulation.

Dated:  August 6, 2015                                   By:  /s/Michael Li-Ming Wong
                                                                           Michael Li-Ming Wong

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES – CASE NO. 5:13-cv-04388-SI

# CERTIFICATE OF SERVICE

I, Ariella Jones, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California 94105, in said County and State. On August 6, 2015, I served the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES**

on the parties stated below, by the following means of service:

**James A. Hennefer**
Hennefer, Finley & Wood, LLP
Embarcadero West, 275 Battery, Second Floor
San Francisco, CA 941111
415-421-6100
415-421-1815 (fax)
jhennefer@hennefer-wood.com

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM.** On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ I am employed in the office of Michael Li-Ming Wong, a member of the bar of this court, and that the foregoing document was printed on recycled paper.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2015.

_____
Ariella Jones

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES– CASE NO. 5:13-CV-04388-SI