UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. AUGUSTO BASTIDAS,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOD SAMARITAN HOSPITAL LP, et al.,<br><br>    Defendants. | Case No. 13-cv-04388-SI<br><br>**ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 117, 121, 122, 127, 131 |

On November 13, 2015, this Court granted plaintiff's request for leave to file a Fourth Amended Complaint. Dkt. 138. This order rendered moot defendants' summary judgment motion. Dkt. 117, 118. The following documents were filed under seal in support of, or in opposition to, this motion: (1) defendants' motion and accompanying exhibits and declarations (Dkt. 117); (2) plaintiff's opposition and accompanying exhibits and declarations (Dkt. 121, 122); (3) defendants' reply and accompanying declaration (Dkt. 127); and (4) defendants' supplemental brief (Dkt. 131). Consequently, this order mooted these administrative motions as well.

The Court assumes that some of the original documents sought to be sealed will be re-submitted over the course of this case. Before either party proceeds to file another document under seal, however, this Court orders the two sides to meet and confer and (1) determine whether this document is duplicative of a document filed by the opposing party, and if so, (2) to file a joint administrative motion to seal whereby the parties stipulate to the specific contents of the document they wish sealed, by paragraph or line number. The Court will not rule on competing motions to seal that target different paragraphs or lines in the same document. If both parties agree that the entire document should be sealed, they must indicate this in their joint administrative motion. If either party objects to a document being sealed (in whole or in part), that party may indicate the

nature of the objection in the joint administrative motion.

**IT IS SO ORDERED**.

Dated:  December 2, 2015

_____
SUSAN ILLSTON
United States District Judge

2