1  JAMES A. HENNEFER (SBN 059490)
   HENNEFER, FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104-2296
3  Telephone: (413) 421-6100
   Facsimile: (413) 421-1815
4  Email: jhennefer@hennefer-wood.com

5  Attorney for Plaintiff J. Augusto Bastidas

6

7  MICHAEL LI-MING WONG, SBN 194130
     mwong@gibsondunn.com
   VANESSA A. PASTORA, SBN 277837
8  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
9  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
10 Facsimile:  415.393.8306

11 Attorneys for Defendants Good Samaritan Hospital LP, a
   Delaware limited partnership, Samaritan, LLC, a
12 Delaware limited liability company, Good Samaritan
   Hospital Medical Staff, a California unincorporated
13 association, Steven M. Schwartz, M.D., and Bruce G.
   Wilbur, M.D.

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18 J. AUGUSTO BASTIDAS, M.D.,            CASE NO. 5:13-cv-04388-SI

19              Plaintiff,               **JOINT STIPULATION AND [~~PROPOSED~~]
                                         ORDER TO VACATE ALL TRIAL AND
20        v.                             PRETRIAL DATES, EXTEND BRIEFING
                                         DEADLINES, AND SCHEDULE CASE
21 GOOD SAMARITAN HOSPITAL LP, a         MANAGEMENT CONFERENCE**
   Delaware limited partnership; SAMARITAN
22 LLC, a Delaware limited liability company;   Judge:          Hon. Susan Illston
   GOOD SAMARITAN HOSPITAL MEDICAL       Complaint Filed:  December 4, 2015
23 STAFF, a California unincorporated     Trial Date:
   association; STEVEN M. SCHWARTZ, M.D.;
24 and BRUCE G. WILBUR, M.D.,

25              Defendants.

26

27

28

Gibson, Dunn &
Crutcher LLP

WHEREAS, on August 6, 2014, Plaintiff J. Augusto Bastidas, M.D. filed a Third Amended Complaint against Defendants Good Samaritan Hospital LP, Samaritan LLC, Good Samaritan Hospital Medical Staff, Steven M. Schwartz, M.D., and Bruce G. Wilbur, M.D. for racial discrimination and retaliation under 42 U.S.C. § 1981 ("Third Amended Complaint");

WHEREAS, by Joint Stipulation to Continue Trial and Pretrial Dates (Dkt. No. 135), on October 29, 2015, the Court ordered the following pretrial and trial schedule for the case:

- Plaintiff's Supplemental Brief, ordered by the Court on October 26, 2015 shall be filed November 9, 2015;
- Defendants may file a reply brief to Plaintiff's Supplemental Brief on November 17, 2015;
- A hearing on the summary judgment motion will be held on November 20, 2015 or a date thereafter that is convenient for the Court;
- The parties shall Designate their Expert Witnesses by December 7, 2015;
- Rebuttal Expert Witnesses shall be identified by December 18, 2015;
- Expert Discovery shall be completed by January 15, 2016;
- The Pretrial Conference Date shall be February 17, 2016; and
- The Jury Trial date shall be February 29, 2016;

WHEREAS, on November 9, 2015, upon the Order for Supplemental Briefing dated September 30, 2015 (Dkt. No. 126), Plaintiff filed his Supplemental Brief, which indicated that Plaintiff would request leave to file an amended complaint;

WHEREAS, on November 16, 2015, the Court issued an Order Granting Plaintiff's Request for Leave to File a Fourth Amended Complaint and Denying Defendants' Motion for Summary Judgment as moot (Dkt. No. 138);

WHEREAS, on December 4, 2015, Plaintiff filed a Fourth Amended Complaint against Defendants for retaliation under 42 U.S.C. § 1981 (Dkt. No. 140);

WHEREAS, the Fourth Amended Complaint raises matters that were not in the Third Amended Complaint and require further discovery by the parties;

WHEREAS, due to the additional matters in the Fourth Amended Complaint and the need for further discovery, the parties have conferred and agreed to request that the pretrial and trial dates that

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE ALL TRIAL AND PRETRIAL DATES, EXTEND BRIEFING DEADLINES, AND SCHEDULE CASE MANAGEMENT CONFERENCE – CASE NO. 5:13-cv-04388-SI

the Court established in its Order to Continue Pretrial and Trial Dates (Dkt. No. 136) be vacated and that new discovery deadlines, dispositive motion deadlines, and pretrial and trial dates be set;

WHEREAS, due to the complexity of the pertinent legal and factual issues in this case and current conflicts of counsel on other matters, the parties have conferred and agreed, subject the Court's approval, that (1) the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss the Fourth Amended Complaint (Dkt. No. 144) be extended to February 12, 2016, and (2) the deadline for Defendants to file a reply to Plaintiff's opposition be extended to March 4, 2016;

WHEREAS, the parties have conferred and agreed that the efficiency of the handling and scheduling of this case would be enhanced if a Case Management Conference were scheduled for March 18, 2016, the date of the hearing regarding Defendants' Motion to Dismiss the Fourth Amended Complaint (Dkt. No. 144);

WHEREAS, the parties also agree to file a Joint Case Management Statement seven days before the conference; and

WHEREAS, this modification will not alter the date of any other event or deadline fixed by any Court order,

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

- The pretrial and trial dates established by the Court's Order to Continue Pretrial and Trial Dates (Dkt. No. 136) are vacated;

- Plaintiff's opposition to Defendants' Motion to Dismiss the Fourth Amended Complaint will be due on February 12, 2016;

- Defendants' reply in support of their Motion to Dismiss the Fourth Amended Complaint will be due on March 4, 2016;

- A Case Management Conference shall be conducted on March 18, 2016; and

- The parties shall file a Joint Case Management Statement March 11, 2016.

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE ALL TRIAL AND PRETRIAL DATES, EXTEND BRIEFING DEADLINES, AND SCHEDULE CASE MANAGEMENT CONFERENCE – CASE NO. 5:13-cv-04388-SI

1    DATED: January 22, 2015            HENNEFER, FINLEY & WOOD, LLP

2

3                                 BY:      */s/ James A. Hennefer*

4                                       JAMES A. HENNEFER

5                                     Attorneys for Plaintiff J. Augusto Bastidas, M.D.

6

7    DATED: January 22, 2015            GIBSON, DUNN & CRUTCHER LLP

8

9

10                                 BY:      */s/ Michael Li-Ming Wong*

11                                     MICHAEL LI-MING WONG

VANESSA A. PASTORA

12                                     Attorneys for Defendants Good Samaritan
Hospital, L.P., Samaritan LLC,  Good Samaritan

13                                     Hospital Medical Staff, Steven M. Schwartz, M.D.,
and Bruce G. Wilbur, M.D.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

4

1

**[~~PROPOSED~~] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

5    DATED: ___1/26/16_____, ~~2015~~    By: _____

6                                             HONORABLE SUSAN ILLSTON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE ALL TRIAL AND PRETRIAL DATES, EXTEND
BRIEFING DEADLINES, AND SCHEDULE CASE MANAGEMENT CONFERENCE – CASE NO. 5:13-cv-04388-SI

1

**FILER'S ATTESTATION**

2

3

I, Michael Li-Ming Wong, am the ECF user whose ID and password are being used to file this Joint

4

Stipulation and [Proposed] Order to Vacate All Trial and Pretrial Dates, Extend Briefing Deadlines,

5

and Schedule Case Management Conference. I hereby attest that James A. Hennefer has concurred in

6

this and has authorized me to affix his electronic signature to this Stipulation.

7

Dated:  January 22, 2015

8

By:  */s/ Michael Li-Ming Wong*
          Michael Li-Ming Wong

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE ALL TRIAL AND PRETRIAL DATES, EXTEND
BRIEFING DEADLINES, AND SCHEDULE CASE MANAGEMENT CONFERENCE – CASE NO. 5:13-cv-04388-SI

1

**CERTIFICATE OF SERVICE**

2

I, Ariella Kropp, declare as follows:

3        I am employed in the County of San Francisco, State of California; I am over the age of
eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite
4    3000, San Francisco, California 94105, in said County and State.  On January 22, 2015, I served the
following document(s):

5

**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE ALL TRIAL**
6    **AND PRETRIAL DATES, EXTEND BRIEFING DEADLINES, AND**
**SCHEDULE CASE MANAGEMENT CONFERENCE**

7

on the parties stated below, by the following means of service:

8

**James A. Hennefer**
9    Hennefer, Finley & Wood, LLP
Embarcadero West, 275 Battery, Second Floor
10   San Francisco, CA 941111
415-421-6100
11   415-421-1815 (fax)
jhennefer@hennefer-wood.com

12

☑    **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM.**  On this date, I electronically uploaded a true
13       and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case
Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is
14       deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

15   ☑    I am employed in the office of Michael Li-Ming Wong, a member of the bar of this court, and that the foregoing
document was printed on recycled paper.

16

☑    **(FEDERAL)**      I declare under penalty of perjury that the foregoing is true and correct.

17

18           Executed on January 22, 2015.

19

20                                                                  _____
Ariella Kropp
21

22

23

24

25

26

27

28