IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J AUGUSTO BASTIDAS,<br><br>         Plaintiff,<br><br>   v.<br><br>GOOD SAMARITAN HOSPITAL,<br><br>         Defendant.<br>_____ / | No. C 13-04388 SI<br><br>**Second**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 6, 2016 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 24, 2016.

DESIGNATION OF EXPERTS: 5/2/16; REBUTTAL: 5/20/16.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 24, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by July 22, 2016;

     Opp. Due August 5, 2016;  Reply Due August 12, 2016;

     and set for hearing no later than August 26, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 11, 2016  at 3:30 PM.

JURY TRIAL DATE: October 24, 2016 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall meet and confer regarding participating in further mediation.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/2/16

SUSAN ILLSTON
United States District Judge