| | |
|---|---|
| 1 | MICHAEL LI-MING WONG, SBN 194130 |
|   | mwong@gibsondunn.com |
| 2 | VANESSA A. PASTORA, SBN 277837 |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 555 Mission Street, Suite 3000 |
|   | San Francisco, CA 94105-0921 |
| 4 | Telephone: 415.393.8200 |
|   | Facsimile:  415.393.8306 |

Attorneys for Defendants Good Samaritan Hospital LP, a Delaware limited partnership, Samaritan, LLC, a Delaware limited liability company, Good Samaritan Hospital Medical Staff, a California unincorporated association, Steven M. Schwartz, M.D., and Bruce G. Wilbur, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. AUGUSTO BASTIDAS, M.D., | CASE NO. 5:13-cv-04388-SI |
| Plaintiff, | **AMENDED [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES** |
| v. | |
| GOOD SAMARITAN HOSPITAL LP, a Delaware limited partnership; SAMARITAN, LLC, a Delaware limited liability company; GOOD SAMARITAN HOSPITAL MEDICAL STAFF, a California unincorporated association; STEVEN M. SCHWARTZ, M.D.; and BRUCE G. WILBUR, M.D., | Judge: Hon. Susan Illston |
|   | Amended Complaint Filed: December 4, 2015 |
|   | Trial Date: October 24, 2016 |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES – CASE NO. 5:13-CV-04388-SI

Having considered Defendants' Motion to Change Time to File Dispositive Motions and Continue Related Deadlines, and all papers filed with the Court in connection with that Motion, and finding good cause therefor

IT IS HEREBY ORDERED that Defendants' Motion to Change Time to File Dispositive Motions and Continue Related Deadlines is GRANTED, and the current dispositive motion deadline, and all related deadlines, including the deadlines to file the opposition and reply, and the deadline to hold a hearing, are ~~vacated;~~

~~IT IS FURTHER ORDERED that Plaintiff and Defendants shall meet and confer and propose new dispositive motion deadlines to the Court.~~

**IT IS SO ORDERED.**

Dated: 7/29/16

Honorable Susan Illston
United States District Judge

```
File dispositive motions: 10/7/16
File oppositions: 10/21/16
File replies: 10/28/16
Motion hearing cutoff: 11/4/16
Pretrial Conference: 11/22/16 (pretrial filings due: 11/15/16)
Jury Trial: 12/5/16 @ 8:30 a.m.
```

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES – CASE NO. 5:13-CV-04388-SI

# CERTIFICATE OF SERVICE

I, Vanessa Pastora, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 S. Grand Avenue, Los Angeles, California, 90071, in said County and State. On July 22, 2016, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES**

on the parties stated below, by the following means of service:

**James A. Hennefer**
Hennefer, Finley & Wood, LLP
Embarcadero West, 275 Battery, Second Floor
San Francisco, CA 941111
415-421-6100
415-421-1815 (fax)
jhennefer@hennefer-wood.com

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**. On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ I am employed in the office of Michael Li-Ming Wong, a member of the bar of this court, and that the foregoing document was printed on recycled paper.

☑ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2016.

*/s/ Vanessa Pastora*
Vanessa Pastora

Gibson, Dunn & Crutcher LLP

1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTIONS AND CONTINUE RELATED DEADLINES – CASE NO. 5:13-cv-04388-SI