UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. AUGUSTO BASTIDAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOD SAMARITAN HOSPITAL LP, et al.,<br><br>    Defendants. | Case No. 13-cv-04388-SI (SI)<br><br>ORDER FOR JURY REFRESHMENTS |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled case at the expense of the United States District Court Jury Commissioner. The refreshments shall be provided on the first day of deliberations. The clerk shall provide the exact dates when determined.

**IT IS SO ORDERED**.

Dated: 6/13/1

SUSAN ILLSTON
United States District Judge